■ The People of the State of New York, Respondent, v Shon Johnson, Appellant. [15 NYS3d 507]—

Appeal from a judgment of the County Court of Franklin County (Main Jr., J.), rendered September 30, 2013, upon a verdict convicting defendant of the crimes of promoting prison contraband in the first degree and attempted assault in the second degree.

While incarcerated at a state correctional facility, defendant altered a state-issued razor blade and used it to cut a correction officer's wrist. As a result, defendant was charged by indictment with promoting prison contraband in the first degree and attempted assault in the second degree. Following a jury trial, defendant was convicted as charged. Defendant was thereafter sentenced, as a second felony offender, to an aggregate prison term of 3½ to 7 years, to run consecutively to the time remaining on his prior undischarged term. Defendant now appeals.

We affirm. Defendant's sole contention is that the imposition of the maximum possible sentence is harsh and excessive in light of his documented mental health history. However, the record reveals that County Court was fully apprised of defend-

ant's mental health history, including the fact that a court-ordered psychiatric examination revealed that defendant suffered from psychotic disorder not otherwise specified, but that he did not lack the capacity to understand the proceedings and participate in his defense. In view of this, and given defendant's lengthy criminal history—which includes a prior conviction for assaulting a correction officer—we find no abuse of discretion or extraordinary circumstances warranting a reduction of the sentence in the interest of justice (*see People v Santiago*, 6 AD3d 979, 979 [2004]; *People v Pagan*, 304 AD2d 980, 981 [2003], *lv denied* 100 NY2d 564 [2003]; *People v Youmans*, 292 AD2d 647, 649 [2002], *lv denied* 98 NY2d 704 [2002]).

Garry, J.P., Egan Jr., Lynch and Devine, JJ., concur. Ordered that the judgment is affirmed.